# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Juan Carlos Contreras Lopez, | No. CV-26-01637-PHX-KML (ASB) |
| Petitioner, | **ORDER** |
| v. | |
| Christopher McGregor, et al., | |
| Respondents. | |

Petitioner, through counsel, filed a Petition for Writ of Habeas Corpus (Doc. 1) pursuant to 28 U.S.C. § 2241 challenging his immigration detention.

Petitioner is a native and citizen of Mexico. (Doc. 1 at 3.) Petitioner entered the United States without inspection in 2002. (Doc. 1 at 5, 10.) DHS issued petitioner a Notice to Appear in 2011 and the "removal proceedings remain pending before the Florence Immigration Court." (Doc. 1 at 11.) At some point petitioner was taken into custody and he remains in custody in Florence, Arizona. Petitioner has not been provided a bond hearing.

Petitioner raises six grounds for relief. (Doc. 1 at 12-20.) In ground one, he seeks relief as a member of a class litigated in the Central District of California. In grounds two through five, petitioner alleges the failure to provide him a bond hearing violates the applicable statutes, regulations, and the Administrative Procedure Act. And in ground six, petitioner alleges his detention without consideration for release on bond violates his due process rights under the Fifth Amendment.

Respondents must show cause why the Petition should not be granted. Any response must be supported by documentary evidence including, if applicable, affidavits signed under penalty of perjury by individuals with personal knowledge of the factual statements made therein.

**IT IS ORDERED:**

(1)    Counsel for Petitioner must immediately serve the Petition (Doc. 1) and a copy of this Order on Respondents.

(2)    If not already issued, the Clerk of Court must issue any properly completed summonses.

(3)    The Clerk of Court must immediately transmit by email a copy of this Order and the Petition to the United States Attorney for the District of Arizona, to the attention of Melissa Kroeger at melissa.kroeger@usdoj.gov, Lon Leavitt at lon.leavitt@usdoj.gov, Theo Nickerson at Theo.Nickerson2@usdoj.gov, Dina Anagnopoulos at Dina.Anagnopoulos@usdoj.gov, and Mary Finlon at Mary.Finlon@usdoj.gov.

(4)    Respondents must show cause no later than **April 14, 2026**, why the Petition should not be granted.

(5)    Petitioner may file a reply no later than **April 16, 2026**.

(6)    Petitioner's Request for Order to Show Cause (Doc. 3) is **denied as moot**.

Dated this 8th day of April, 2026.

**Honorable Krissa M. Lanham**
**United States District Judge**

- 2 -